IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SARA C. CHAISSON                                                                                    PLAINTIFF

v.                                        Case No. 5:14-CV-05288

DUSTIN JOHNSON, Drug Task Force (DTF), Rogers
Police Department; CHRIS NEEDMAN, DTF, Rogers
Police Department; JUSTIN INGRAM, DTF, Springdale
Police Department; CHRISTOPHER WAYNE FOSTER;
SHERIFF TIM HELDER, Washington County, AR;
SHERIFF KELLY CRADDUCK, Benton County, AR;
MICHAEL ROBERSON, Washington County Public
Defender; and DAVID WILCOX, DTF                                                DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 13) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Plaintiff's claims against Defendant Michael Roberson and any claims for entrapment are DISMISSED WITHOUT PREJUDICE for failure to state a claim.

IT IS SO ORDERED this 16th day of October, 2015

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE