IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SARA C. CHAISSON                                                              PLAINTIFF

v.                            Case No. 5:14-CV-05288

DUSTIN JOHNSON, Drug Task (DTF),
Rogers Police Department; and CHRISTOPHER
WAYNE FOSTER, Confidential Informant                     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations (Doc. 58) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the Magistrate's report contains no clear error and that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Defendant Dustin Johnson's motion for summary judgment (Doc. 50) is GRANTED, that Plaintiff's claims against Defendant Dustin Johnson are DISMISSED WITH PREJUDICE, and that Plaintiffs's claims against Defendant Wayne Foster are DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE.

IT IS SO ORDERED this 23th day of September, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE